FILED

2014 Apr-16  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON NEGRON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case Number: 2:14-cv-00288-JHH-JHE** |
| | ) | |
| **CHERYL PRICE and THE** | ) | |
| **ATTORNEY GENERAL FOR THE** | ) | |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | | |

### MEMORANDUM OPINION

On March 31, 2014, the magistrate judge entered a Report and Recommendation, (doc. 5), recommending that the petition for writ of habeas corpus be dismissed without prejudice because Petitioner has not exhaust his state court remedies. Petitioner has filed objections to the Report and Recommendation. (Doc. 6). The court has considered the entire file in this action, together with the report and recommendation and objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be dismissed. A separate Order will be entered.

**DONE** this __16th__ day of April, 2014

_James H. Hancock_

SENIOR UNITED STATES DISTRICT JUDGE